Jacob U. Ginsburg. Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888 x167
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANGELA COLEMAN,,** | Case No.: |
| Plaintiff. | 1:20-cv-18663 RMB-AMD |
| v. | |
| **SYNCHRONY BANK,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 3, 2021        By: */s/ Jacob U. Ginsburg*
                                  Jacob U. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike

        Ambler, PA 19002
        Phone: (215) 540-8888
        Fax: (877) 788-2864
        Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Greyson K. Van Dyke
Reed Smith
506 Carnegie Center
Suite 300
Princeton, NJ 08540
(609) 987-0050
gvandyke@reedsmith.com
*Attorneys for Defendant*

Dated: August 3, 2021        By: */s/ Jacob U. Ginsburg*
                                        Jacob U. Ginsburg, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email: jginsburg@creditlaw.com